ROGIN NASSAU LLC
*Attorneys at Law*

CityPlace I, 22nd Floor
185 Asylum Street
Hartford, CT 06103-3460
Tel: 860.256.6300
Fax: 860.278.2179
www.roginlaw.com

FILED
2016 AUG -1 P 1:08
CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD

BARRY S. FEIGENBAUM
bfeigenbaum@roginlaw.com
Direct Dial 860.256.6341

July 29, 2016

Clerk
United States Bankruptcy Court
District of Connecticut
450 Main Street
Hartford, CT 06103

#27754
4036.74

Re: GW Liquidation, Inc. f/k/a Golfers' Warehouse, Inc. Case No. 09-21911

Dear Clerk:

In accordance with the Court's order of January 15, 2015 (copy attached), enclosed please find a check representing the unclaimed distributions in this case in the amount of $4,016.72, plus unused bank fees of $20.02, for a total of $4036.74. Attached hereto is a schedule showing which creditors either could not be located or refused to cash their distribution checks. This closes out our account in this matter.

Very truly yours,

Barry S. Feigenbaum

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ************************************ | : | |
| IN RE:<br>GW Liquidation, Inc. f/k/a<br>Golfers' Warehouse, Inc. | : | CHAPTER 11 |
| DEBTOR | : | |
| ************************************ | : | CASE NO. 09-21911 (ASD) |

**FINAL DECREE**

Upon the Plan Administrator's Motion for Final Decree, and after notice and hearing, it is hereby:

ORDERED that the Chapter 11 Case of the above named debtor is closed and that the Plan Administrator shall remit to the Clerk any unclaimed distributions to the Clerk of the Court in accordance with the terms of the First Amended Liquidating Plan of Reorganization approved by the Court on November 29, 2010.

**Dated: 1/15/15**

**Albert S. Dabrowski**
**United States Bankruptcy Judge**

| Payee | Amount |
|---|---|
| 890/1400 ESPN Radio | $40.73 |
| Apple Sports, Inc | $7.82 |
| Dish Network | $2.15 |
| Etonic Worldwide | $778.41 |
| Hartford Courant | $115.52 |
| Integrated Paper | $2.23 |
| Massive Productions | $2.17 |
| Matrix/Times Mirror | $4.00 |
| Oliver Mechanical | $3.93 |
| Players Choice Golf | $2.84 |
| Sobol Family Partnership | $2,880.49 |
| Solus Golf LLC | $2.29 |
| Sundog Eyewear | $24.70 |
| The Bobby Jones Golf Co | $149.44 |
| Total | $4,016.72 |